GLAZE ·*v.* FINCHER. SAME *v.* SAME.

There was no error in overruling the *certiorari* in either of these
  cases.                                          *Judgment affirmed.*
  March 26, 1894.  Argued at the last term.

*Certiorari.* Before Judge JANES. Haralson superior
court. January term, 1893.

Two justice's court suits were brought by Fincher
against Glaze. One was by distress warrant for rent of
land for the year 1891; the other was to foreclose a
landlord's special lien for supplies furnished. In each
Glaze filed a counter-affidavit, denying any indebtedness
and denying that he was Fincher's tenant. The sub-
stance of his contention was, that he occupied the land
as a purchaser under agreement of plaintiff to sell it to
him; and upon this issue the evidence was conflicting.
From judgments by the justice in plaintiff's favor, de-
fendant appealed to juries, and upon their verdicts for
plaintiff, the cases were carried to the superior court by
*certiorari,* alleging that the verdicts were contrary to law
and evidence; that the justice erred in overruling de-
fendant's motion to dismiss the actions because the jus-
tice at a prior term had entered general judgments
against him and his securities on the replevy bonds,

without first entering special judgments against the property levied on; and because (as to one of the cases) the justice had signed the lien *fi. fa.* almost in the middle of the context, instead of at the proper place for signature, upon which the justice "amended" the *fi. fa.* to correct said irregularity, to which defendant objected, claiming that the levy thereupon fell, etc. The *certiorari* was overruled in both cases.

Cobb & Brother, S. L. Craven and Reid & Stewart, for plaintiff in error.

